Order issued December 31 , 2012                                    005349



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01586-CV

CATHIE REISLER, Appellant

V.

KEITH REISLER, Appellee

On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-50508-2010

## ORDER

We **GRANT** the December 21, 2012 motion of Susan Maienschein, Official Court Reporter

of the 416th Judicial District Court of Collin County, Texas, for an extension of time to file the

reporter's record. The reporter's record shall be filed on or before January 21, 2013.

ELIZABETH LANG-MIERS
JUSTICE